UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER REDIN,<br><br>            Plaintiff,<br><br>   v.<br><br>ST. JOSEPH HOSPITAL, et al.,<br><br>            Defendants. | Case No. 22-cv-00776 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

      Plaintiff, a pretrial detainee, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against various Defendants in Humboldt County. Dkt. No. 1. On June 29, 2022, the Court dismissed the complaint with leave to amend for Plaintiff to attempt to correct various pleading deficiencies. Dkt. No. 8. However, several items of court mail sent to Plaintiff was returned as undeliverable on July 11, 2022, and July 19, 2022. Dkt. Nos. 9, 11. The returned mail had the notation "Not in Custody" (NIC). *Id.*

      Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a petition when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails

to receive within sixty days of this return a written communication from the pro se party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since mail addressed to Plaintiff was first returned as undeliverable on July 11, 2022. Dkt. No. 9. The Court has not received a notice from Plaintiff of a new address or any further communication from him. Accordingly, this action is **DISMISSED** without prejudice pursuant to Local Rule 3-11 of the Northern District Local Rules.

**IT IS SO ORDERED.**

Dated: ___September 14, 2022__

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.22\00776Redin_LR3-11dism