UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER REDIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ST. JOSEPH HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00776 BLF (PR)<br><br>**JUDGMENT** |

　　　For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

　　　The Clerk shall close the file.

　　　**IT IS SO ORDERED.**

Dated:  __September 14, 2022__　　　　　　　　　　*/s/ Beth Labson Freeman*
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.22\00776Redin_judgment